HERNANDEZ V. STATE

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-091-CR

DOMINGO LUCIO HERNANDEZ APPELLANT

A/K/A DOMINGO HERNANDEZ

V.

THE STATE OF TEXAS STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

On February 23, 2007, appellant Domingo Lucio Hernandez a/k/a Domingo Hernandez pled guilty to indecency with a child.  
See
 
Tex. Penal Code Ann
. § 21.11(a), (c) (Vernon 2003).
  Pursuant to a plea agreement, he was sentenced to two years’ confinement.

On February 23, 2007, the trial court entered its certification of defendant’s right to appeal in accordance with rule 25.2(a)(2).  
Tex. R. App. P.
 25.2(a)(2).  The certification states that appellant “has waived the right of appeal.”

Appellant filed a pro se notice of appeal on March 16, 2007 challenging his conviction.  
On March 23, 2007, we notified appellant that the certification indicating that he had waived his right to appeal had been filed in this court and that the appeal would be dismissed unless appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  
See 
Tex. R. App. P.
 25.2(a)(2), 44.3.  Appellant filed a response; however, it does not show grounds for continuing the appeal.  
See
 
Tex. R. App. P.
 25.2(a)(2)(A)–(B); 
Chavez v. State
, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); 
Blanco v. State
, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000); 
Estrada v. State
, 149 S.W.3d 280, 285 (Tex. App.—Houston [1st Dist.] 2004, pet. ref’d).

Therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 25.2(a)(2), 43.2(f). 

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED: April 26, 2007

FOOTNOTES
1:
See
 
Tex. R. App
. P. 47.4.